IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO J. SANTIAGO-MENDEZ,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO, <u>ET AL.</u><br><br>　　Defendants. | CIVIL NO. 16-2454 (PAD) |

## JUDGMENT

In accordance with the orders at Docket Nos. 15 and 16, judgment is hereby entered dismissing plaintiff's claims against Vitol SA, Vitol Inc., Petrobras America, Inc. and Shell Trading (US) Company with prejudice, without the imposition of costs and attorney's fees. This action is REMANDED to the San Juan Part of the Puerto Rico Court of First Instance.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　s/Pedro A. Delgado-Hernández
　　　　　　　　　　　　　　　　　　　　　　PEDRO A. DELGADO HERNANDEZ
　　　　　　　　　　　　　　　　　　　　　　United States District Judge